UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GARCIA, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br>    v.<br><br>HIGH FLYING FOODS,<br><br>    Respondent. | Case No. 15CV0039-GPC(JLB)<br><br>ORDER GRANTING JOINT MOTION/STIPULATION OF DISMISSAL<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>Courtroom: 2D<br><br>No hearing requested or required |

**Background**

1. On January 8, 2015, Petitioner Olivia Garcia, Regional Director of Region 21 of the National Labor Relations Board (NLRB), for and on behalf of the NLRB, petitioned the Court for a temporary injunction in this matter under 29 U.S.C. Sec. 160(j), pending final determination of the charges filed with the NLRB by UNITE HERE! Local 30 (Union), against High Flying Foods (Respondent).

2. On February 12, 2015, the Court: (a) issued its Order granting the petition (in part) for temporary injunction, and also (b) issued the temporary injunction.   The Court's Order is reported at 2015 WL 773054 (S.D. Cal. 2015).

3. On September 30, 2016, the NLRB issued its Order on the unfair labor practice complaint underlying the petition for injunction, adopting the findings and conclusions of the Administrative Law Judge as contained in his Decision.

4. The issuance of the NLRB's Order renders the injunction proceeding moot. *Johansen ex rel. NLRB v. Queen Mary Restaurant Corp.*, 522 F.2d 6 (9th Cir. 1975).  Accordingly, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, on October 19, 2016, the parties filed a Joint Motion/Stipulation of Dismissal of this action with the Court.

5. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the Southern District of California, the parties' Joint Motion/Stipulation of Dismissal was filed as a joint motion, as it is subject to the Court's approval.

///

///

///

///

**Court approval**

Based on the above, the Court hereby issues this Order approving the Joint Motion/Stipulation of Dismissal, under the terms as set forth in the Joint Motion/Stipulation of Dismissal.

IT IS SO ORDERED.

Dated:  October 20, 2016

Hon. Gonzalo P. Curiel
United States District Judge